**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: L.J.J., AN ALLEGED        :   No. 356 WAL 2021
INCAPACITATED PERSON           :
                                       :
                                       :   Petition for Allowance of Appeal
PETITION OF: H.A.E., ESQUIRE      :   from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 23rd day of March, 2022, the Petition for Allowance of Appeal is

**DENIED**.